| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1: | John R Hull Jr. | Social Security number or ITIN: xxx–xx–7005 |
| | First Name    Middle Name    Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | Laura E Hull | Social Security number or ITIN: xxx–xx–9223 |
| | First Name    Middle Name    Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Northern District of Illinois | Date case filed for chapter: 13    7/3/23 |
| Case number: | 23–80800 | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**10/20**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | John R Hull Jr. | Laura E Hull |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4 Raintree Ct<br>Cary, IL 60013 | 4 Raintree Ct<br>Cary, IL 60013 |
| 4. | **Debtor's attorney**<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847–673–8600<br>Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lydia Meyer<br>Lydia Meyer – 13 Trustee<br>P.o. Box 14127<br>Rockford, IL 61105–4127 | Contact phone 815–968–5354 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Western Division<br>327 South Church Street<br>Rockford, IL 61101 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 7/5/23 |

**For more information, see page 2**

Debtor  **John R Hull Jr.**  and  **Laura E Hull**                                                     Case number **23–80800**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 31, 2023 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | Location:<br>**Appear by Video. See details at www., justice.gov/ust/file/ILN.pdf/download.** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 9/29/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/11/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/2/24** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9.  Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on: **8/24/23** at **10:00 AM** , Location: **Courtroom 3100, 327 S. Church St, Rockford, IL 61101 or Using Zoom. To appear by video, use this link: https://www.zoomgov.com/ or to appear by telephone, call Zoom for Government at 1–669–254–5252 or 1–646–828–7666. Then enter the meeting ID 160 291 5226 and passcode 852255.**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 4500.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 23-80800-TML
John R Hull, Jr.                                                                Chapter 13
Laura E Hull
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3                        User: admin                          Page 1 of 4
Date Rcvd: Jul 05, 2023                     Form ID: 309I                         Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John R Hull, Jr., Laura E Hull, 4 Raintree Ct, Cary, IL 60013-2482 |
| 30307876 | + | 20-21 Briargate, 100 S Wulff St, Cary, IL 60013-2528 |
| 30307877 | + | 20-21 Early Childhoon Centerl, 409 N First St, Cary, IL 60013-2756 |
| 30307878 | + | Advocate Health Care, 29950 Network Place, Chicago, IL 60673-1299 |
| 30307896 | + | Early Intervention Central Billing, PO Box 3725, Springfield, IL 62708-3725 |
| 30307899 | + | IICWRGNER-Integrated Imaging Consul, PO Box 776814, Chicago, IL 60677-6814 |
| 30307904 | + | Laura VanDusen MD, c/o Tri-County Medical Billing, 6615 Grand Ave, Ste 390, Gurnee, IL 60031-4591 |
| 30307914 | + | Nicor, PO Box 3042, Naperville, IL 60566-7042 |
| 30307916 | + | North Suburban Pediatrics, 2530 Ridge Ave, Evanston, IL 60201-2495 |
| 30307918 | + | Northwest Community Hospital, 25709 Network Place, Chicago, IL 60673-1257 |
| 30307930 | + | Tri-County Emergency Phys Ltd, PO Box 4195, San Dimas, CA 91773-8195 |
| 30307932 | + | Village of Cary Water Dept, 755 Georgetown Dr, Cary, IL 60013-3129 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: cutlerfilings@gmail.com | Jul 06 2023 09:37:00 | David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076 |
| tr | ^ | MEBN | Jul 06 2023 09:33:20 | Lydia Meyer, Lydia Meyer - 13 Trustee, P.o. Box 14127, Rockford, IL 61105-4127 |
| ust | + | Email/Text: USTPRegion11.MD.ECF@usdoj.gov | Jul 06 2023 09:39:00 | Patrick S Layng, Office of the U.S. Trustee, Region 11, 780 Regent St., Suite 304, Madison, WI 53715-2635 |
| 30307880 | | Email/Text: bankruptcy@alliance-collections.com | Jul 06 2023 09:38:00 | Alliance Collection Agency, 3916 S Business Park Ave, PO Box 1267, Marshfield, WI 54449 |
| 30307879 | + | Email/Text: backoffice@affirm.com | Jul 06 2023 09:41:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 30307881 | + | EDI: GMACFS.COM | Jul 06 2023 11:05:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 30307882 | + | EDI: TSYS2 | Jul 06 2023 11:05:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 30307888 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Jul 06 2023 09:39:00 | City of Chicago, Dept of Finance, PO Box 88292, Chicago, IL 60680 |
| 30307883 | + | EDI: CAPITALONE.COM | Jul 06 2023 11:05:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 30307884 | + | EDI: CAPONEAUTO.COM | | |

District/off: 0752-3 User: admin

Date Rcvd: Jul 05, 2023 Form ID: 309I Total Noticed: 59

| | | | |
|---|---|---|---|
| | | Jul 06 2023 11:05:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 30307886 | + EDI: CITICORP.COM | Jul 06 2023 11:05:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 30307887 | + EDI: CITICORP.COM | Jul 06 2023 11:05:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 30307889 | + Email/Text: mediamanagers@clientservices.com | Jul 06 2023 09:38:00 | Client Services Inc, 3451 Harry Truman Blvd, Saint Charles, MO 63301-9816 |
| 30307890 | + Email/Text: comedbankruptcygroup@exeloncorp.com | Jul 06 2023 09:41:00 | ComEd, PO Box 6111, Carol Stream, IL 60197-6111 |
| 30307891 | + EDI: WFNNB.COM | Jul 06 2023 11:05:00 | Comenity Bank/Harlem Furniture, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 30307892 | + EDI: WFNNB.COM | Jul 06 2023 11:05:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 30307893 | + EDI: WFNNB.COM | Jul 06 2023 11:05:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 30307894 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 06 2023 09:42:44 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 30307908 | + EDI: CITICORP.COM | Jul 06 2023 11:05:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 30307895 | + EDI: DISCOVER.COM | Jul 06 2023 11:05:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 30307897 | + EDI: AMINFOFP.COM | Jul 06 2023 11:05:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 30307898 | + EDI: PHINHARRIS | Jul 06 2023 11:05:00 | Harris & Harris LTD, 111 West Jackson Blvd, Ste 400, Chicago, IL 60604-4135 |
| 30307900 | + Email/Text: bankruptcy@getipass.com | Jul 06 2023 09:38:00 | Illinois Tollway, Legal Department, PO BOX 5544, Chicago, IL 60680-5491 |
| 30307885 | EDI: JPMORGANCHASE | Jul 06 2023 11:05:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 30307901 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 06 2023 09:38:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 30307902 | ^ MEBN | Jul 06 2023 09:32:32 | Kohn Law Firm SC, 735 N Water St, Ste 1300, Milwaukee, WI 53202-4106 |
| 30307903 | Email/Text: bk@lmcu.org | Jul 06 2023 09:39:00 | Lake Mich Cu, Attn: Bankruptcy, Po Box 2848, Grand Rapids, MI 49501 |
| 30307906 | + Email/Text: support@ljross.com | Jul 06 2023 09:39:00 | LJ Ross & Associates, Attn: Bankruptcy, 4 Universal Way, Po Box 6099, Jackson, MI 49204-6099 |
| 30307907 | + Email/Text: support@ljross.com | Jul 06 2023 09:39:00 | LJ Ross Assoc, PO Box 6099, Jackson, MI 49204-6099 |
| 30307913 | Email/Text: ml-ebn@missionlane.com | Jul 06 2023 09:38:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 30307910 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 06 2023 09:42:09 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 30307911 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 06 2023 09:40:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 30307912 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 06 2023 09:40:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

| District/off: 0752-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 05, 2023 | Form ID: 309I | Total Noticed: 59 |

| | | | |
|---|---|---|---|
| 30307917 | | Email/Text: clientservices@northwestcollectors.com | |
| | | Jul 06 2023 09:38:00 | Northwest Collectors Inc, 1111 S Alpine Rd, Ste 301, Rockford, IL 61108 |
| 30307915 | + | Email/Text: bnc@nordstrom.com | |
| | | Jul 06 2023 09:39:21 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 30307919 | + | EDI: AGFINANCE.COM | |
| | | Jul 06 2023 11:05:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 30307920 | + | Email/Text: bankruptcy@alliance-collections.com | |
| | | Jul 06 2023 09:38:00 | Parent Advocate Good Shepard Hosp, c/o Alliance Collection Agencies, PO Box 1267, Marshfield, WI 54449-7267 |
| 30307921 | + | EDI: WFNNB.COM | |
| | | Jul 06 2023 11:05:00 | Petland/Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 30307922 | + | Email/Text: admin@paypps.com | |
| | | Jul 06 2023 09:41:00 | Professional Placement Services, LLC, Attn: Bankruptcy, Po Box 612, Milwaukee, WI 53201-0612 |
| 30307924 | | Email/Text: amieg@stcol.com | |
| | | Jul 06 2023 09:38:00 | State Collection Service, Inc, P.O.Box 6250, Madison, WI 53716 |
| 30307923 | + | Email/Text: compliance@sentrycredit.com | |
| | | Jul 06 2023 09:41:00 | Sentry Credit Inc, 2809 Grand Ave, Everett, WA 98201-3417 |
| 30307925 | + | EDI: RMSC.COM | |
| | | Jul 06 2023 11:05:00 | Synchrony Bank, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 30307926 | + | EDI: RMSC.COM | |
| | | Jul 06 2023 11:05:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 30307928 | + | EDI: RMSC.COM | |
| | | Jul 06 2023 11:05:00 | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 30307929 | + | EDI: WTRRNBANK.COM | |
| | | Jul 06 2023 11:05:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 30307931 | | Email/Text: bankruptcies@uplift.com | |
| | | Jul 06 2023 09:38:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 30307933 | + | EDI: CAPITALONE.COM | |
| | | Jul 06 2023 11:05:00 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30307927 | *+ | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 30307905 | ##+ | Linebarger Goggan Blair, PO Box 06152, Chicago, IL 60606-0152 |
| 30307909 | ##+ | Merchants' Credit Guide Co., Attn: Bankruptcy, 223 West Jackson Blvd Suite 700, Chicago, IL 60606-6914 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0752-3                     User: admin                                    Page 4 of 4

Date Rcvd: Jul 05, 2023                  Form ID: 309I                                  Total Noticed: 59

Date: Jul 07, 2023              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David H Cutler | on behalf of Debtor 1 John R Hull  Jr. cutlerfilings@gmail.com, r48280@notify.bestcase.com |
| Lydia Meyer | ECF_LMIL@trustee13.com |
| Patrick S Layng | USTPRegion11.MD.ECF@usdoj.gov |

TOTAL: 3